CALVIN P. WOOD, Respondent, *v.* THE HOFFMAN FIRE INSURANCE COMPANY, Appellant.

(Argued October 16, 1882; decided October 24, 1882.)

*J. Mullin, Jr.,* for appellant.

*Leslie W. Russell* for respondent.

Agree to affirm. No opinion.

All concur, except RAPALLO and TRACY, JJ., absent.

Judgment affirmed.

---

GUSTAV A. R. WEICHSEL, Appellant, *v.* CHARLES SPEAR, Respondent.

(Argued October 17, 1882; decided October 24, 1882.)

*Lewis Sanders* for appellant.

*Nathaniel C. Moak* for respondent.

Agree to affirm. No opinion.

All concur, except RAPALLO and TRACY, JJ., absent.

Judgment affirmed.